# EXHIBIT A

# FEIN, SUCH & CRANE, LLP
# Attorneys At Law

Northern New York Partner
Relin, Goldstein & Crane, LLP
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400
Fax 585-756-5202
SERVICE BY FACSIMILE NOT ACCEPTED

March 28, 2014

Richard Croak
314 Great Oaks Blvd
Albany, NY 12203

Re:   Santander Bank, N.A. v. Raymond S. Elwood
      Case # 13-11700

Dear Mr. Croak:

      This letter is written to advise you that the debtor is past the ninety (90) day default period as to post petition payments per the terms of the Confirmation Order entered on December 2, 2013. The debtor is due and owing for post petition payments for August 2013 through March 2014 in the amount of $5,941.20. The bank must receive these payments, in certified funds, within fifteen (15) days from the date of this letter or it will have no choice but to pursue relief from the automatic stay. Please be advised that partial funds will not be accepted.

      Should you have any questions with regard to the above please do not hesitate to contact the office.

                            Very truly yours
                            FEIN, SUCH & CRANE, LLP

                            Adam M. Nagel
                            Bankruptcy Paralegal

cc:   Raymond S. Elwood
      Andrea E. Celli
      Office of the U.S. Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| IN RE:<br><br>Raymond S. Elwood<br><br>Debtor. | Chapter: 13<br><br>Case 13-11700 rel<br><br>CERTIFICATE OF SERVICE |
|---|---|

STATE OF NEW YORK)
COUNTY OF MONROE)

I, Adam M. Nagel, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside at Rochester, New York.

On March 28, 2014, I served a copy of the within Notice of Default by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or depository of the United States Postal Service within the State of New York, addressed to the last known addresses as indicated below.

Richard Croak
314 Great Oaks Blvd
Albany, NY 12203

Raymond S Elwood
3444 Gari Lane
Schenectady, NY 12303

Andrea E. Celli-Trustee
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY 12211

U.S. Trustee
Office of the U.S. Trustee
74 Chapel Street, Suite 200
Albany, NY 12207

                        FEIN, SUCH & CRANE, LLP
                        Attorneys for Movant

By: _____
                        Adam M. Nagel,
                        Bankruptcy Paralegal
                        28 EAST MAIN STREET, SUITE 1800
                        ROCHESTER, NY 14614
                        585/232-7400

Sworn to before me this 28th day of
March, 2014

_____
Notary Public, State of New York
Qualified in Monroe County

REAGAN A. WEINHART
Notary Public, State of New York
Qualified in Monroe County
No. 01WE6041364
Commission Expires May 8, 20__

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

    RAYMOND S. ELWOOD

            Debtor.

CASE NO. 13-11700 rel
Chapter 13
EX-PARTE APPLICATION

TO THE HONORABLE, ROBERT E. LITTLEFIELD, JR., BANKRUPTCY JUDGE OF THE NORTHERN DISTRICT OF NEW YORK:

    The ex-parte application, by FEIN, SUCH & CRANE, LLP, respectfully represents:

    (1) That on December 2, 2013, this court entered an Order Confirming Plan with respect to the above-mentioned debtor.

    (2) Under the terms of Order Confirming Plan, if the debtor is post petition delinquent over ninety (90) days, post confirmation, the automatic stay shall be modified to allow Applicant, Santander Bank, N.A., to foreclose on real property known as 3444 Gari Lane, Schenectady, NY 12303, and now or formerly owned by Debtor and co-Debtors, Amanda Elwood f/k/a Amanda Mitchell, and Martha A. Elwood, upon fifteen (15) day notice of default and if not cured, submission of an Ex-Parte Order.

    (3) Applicant respectfully requests that the Court grant this Ex-Parte Application and lift the automatic stay and co-debtor stays to permit Applicant to foreclose on the said real property.

Dated: April 21, 2014

                              Mark K. Broyles, Esq.
                              Fein, Such & Crane, LLP
                              Attorney for Applicant
                              28 East Main Street, Suite 1800
                              Rochester, NY 14614

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CASE NO. 13-11700 rel |
| | Chapter 13 |
| RAYMOND S. ELWOOD | EX-PARTE ORDER GRANTING RELIEF FROM |
| Debtor. | THE AUTOMATIC STAY |

Per the terms of the Order Confirming Plan dated December 2, 2013, by the Hon. Robert E. Littlefield, Jr., and this Order submitted by Fein, Such & Crane, LLP, attorneys for Applicant, Santander Bank, N.A., it is now

ORDERED, that the automatic stay and co-debtor stay shall be modified to allow Applicant to foreclose on real property known as 3444 Gari Lane, Schenectady, NY 12303.

ORDERED, that the Applicant notify the trustee, Andrea E. Celli, Esq., and the debtor of surplus monies, if any, arising from said sale of the Collateral.

####

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| IN RE:<br><br>Raymond S. Elwood<br><br>Debtor. | Chapter: 13<br><br>Case 13-11700 rel<br><br>CERTIFICATE OF SERVICE |
|---|---|

STATE OF NEW YORK)
COUNTY OF MONROE)

I, Adam M. Nagel, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside at Rochester, New York.

On April 21, 2014, I served a copy of the within Ex Parte Application by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or depository of the United States Postal Service within the State of New York, addressed to the last known addresses as indicated below.

Richard Croak
314 Great Oaks Blvd
Albany, NY 12203

Raymond S Elwood
3444 Gari Lane
Schenectady, NY 12303

Amanda Elwood f/k/a Amanda Mitchell
3444 Gari Lane
Schenectady, NY 12303

Martha A. Elwood
3444 Gari Lane
Schenectady, NY 12303

Andrea E. Celli-Trustee
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY 12211

U.S. Trustee
Office of the U.S. Trustee
74 Chapel Street, Suite 200
Albany, NY 12207

                              FEIN, SUCH & CRANE, LLP
                              Attorneys for Movant

By: _____
     Adam M. Nagel,
     Bankruptcy Paralegal
     28 EAST MAIN STREET, SUITE 1800
     ROCHESTER, NY 14614
     585/232-7400

Sworn to before me this 21st day of
April, 2014

_____
Notary Public, State of New York
Qualified in Monroe County

REAGAN A. WEINHART
Notary Public, State of New York
Qualified in Monroe County
No. 01WE6041364
Commission Expires May 8, 20__

# EXHIBIT C

 

_____

So Ordered.

Robert E. Littlefield, Jr.
Chief, United States Bankruptcy Judge

Signed this 21 day of April, 2014.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CASE NO. 13-11700 rel |
| | Chapter 13 |
| RAYMOND S. ELWOOD | EX-PARTE ORDER GRANTING RELIEF FROM |
| Debtor. | THE AUTOMATIC STAY |

Per the terms of the Order Confirming Plan dated December 2, 2013, by the Hon. Robert E. Littlefield, Jr., and this Order submitted by Fein, Such & Crane, LLP, attorneys for Applicant, Santander Bank, N.A., it is now

ORDERED, that the automatic stay and co-debtor stay shall be modified to allow Applicant to foreclose on real property known as 3444 Gari Lane, Schenectady, NY 12303.

ORDERED, that the Applicant notify the trustee, Andrea E. Celli, Esq., and the debtor of surplus monies, if any, arising from said sale of the Collateral.

####